# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:  \*
COVID-19 PANDEMIC PROCEDURES  \*  MISC. NO. 20-146
\*

\*\*\*\*\*

## ORDER

WHEREAS, the Governor of the State of Maryland has declared a state of emergency in response to the spread of the novel coronavirus known as COVID-19; and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus and slow the spread of the disease; and

WHEREAS, only *emergency* matters relating to public safety, public health and welfare, and individual liberty are being heard by the Court, and those matters being few in number; and

WHEREAS, consolidating court operations in one division will conserve scarce court and court-related agency resources, reduce the number of staff required to enter courthouses in this District, and allow for more effective, focused, and efficient health screening measures, it is hereby

ORDERED by the United States District Court for the District of Maryland that, effective immediately, all in-court proceedings in the Southern Division U.S. Courthouse in Greenbelt, Maryland are temporarily SUSPENDED until further Order of the Court; and it is further

ORDERED that all emergency criminal, civil, and bankruptcy matters related to public safety, public health and welfare, and individual liberty arising in the Southern Division shall be heard in the Northern Division U.S. Courthouse in Baltimore, Maryland; and it is further

ORDERED that, while in-court proceedings will no longer be regularly conducted there, the Southern Division Courthouse shall remain sufficiently staffed to retain the capacity to hear

emergency proceedings at short notice when unique circumstances make that necessary and appropriate; and it is further

ORDERED that electronic filing through CM/ECF will remain available for all Northern Division and Southern Division cases, and self-represented litigants may continue to deposit and date-stamp papers in both the Northern Division and Southern Division drop boxes between 9:00 a.m. and 4:00 p.m., Monday through Friday; and it is further

ORDERED that this Order shall be vacated or amended as circumstances warrant.

_March 18, 2020_
Date

_James K. Bredar_
James K. Bredar, Chief Judge
United States District Court