**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| COVID-19 PANDEMIC PROCEDURES | * | MISC. NO. 20-146 |
| | * | |

*****

## ORDER

WHEREAS, the Governor of the State of Maryland has declared a state of emergency in response to the spread of the novel coronavirus known as COVID-19; and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus and slow the spread of the disease; and

WHEREAS, preventing the spread of COVID-19 requires limiting public contact to essential matters; and

WHEREAS, participants in court proceedings are necessarily often in close proximity to each other, it is hereby

ORDERED by the United States District Court for the District of Maryland that, effective immediately, all Central Violations Bureau proceedings (misdemeanor, traffic, and petty offense dockets) scheduled in this District through May 31, 2020 are POSTPONED AND CONTINUED pending further Order of the Court.  New dates for cases scheduled on such dockets shall be reset without the need to file any motions with the Court; and it is further

ORDERED that if the presiding judge in a particular case determines that a hearing should be held during the time period referenced in this Order, counsel and litigants shall be notified by notice issued after the date of this Order.

Date: March 20, 2020

    /s/JAMES K. BREDAR
James K. Bredar, Chief Judge
United States District Court