# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:　　　　　　　　　　　　　　　*
COVID-19 PANDEMIC PROCEDURES　　*　　　MISC. NO. 20-146
　　　　　　　　　　　　　　　　　　*
*****

## ORDER

WHEREAS, the Governor of the State of Maryland has declared a state of emergency in response to the spread of the novel coronavirus known as COVID-19; and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus and slow the spread of the disease; and

WHEREAS, participants in court proceedings are necessarily often in close proximity to each other; and

WHEREAS, it the primary mission of the United States Marshals Service to provide for the security of the United States District Courts under 28 U.S.C. § 566(a), it is hereby

ORDERED by the United States District Court for the District of Maryland that, effective immediately, the United States Marshal, his Deputies, or their appropriately qualified designees, shall conduct observational health screening to help determine if any courthouse visitors are exhibiting symptoms of COVID-19, such as fever, significant cough, shortness of breath, or other indicators of respiratory illness, before such persons are permitted to enter the courthouse; and it is further

ORDERED that the United States Marshal, his Deputies, his designees, and the Court Security Officers shall deny entry to anyone attempting to enter the courthouses exhibiting such possible symptoms of COVID-19; and it is further

ORDERED that any such denial of entry for health reasons shall be promptly reported to the Chief Judge or his designee; and it is further

ORDERED that this Order shall be vacated or amended as circumstances warrant.

Date: March 23, 2020                        /s/ JAMES K. BREDAR
                                                                                 James K. Bredar, Chief Judge
                                                                                  United States District Court