# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| COVID-19 PANDEMIC PROCEDURES | * | MISC. NO. 20-146 |

## ORDER

WHEREAS, the Governor of the State of Maryland has declared a state of emergency in response to the spread of the novel coronavirus known as COVID-19; and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus and slow the spread of the disease; and

WHEREAS, participants in court proceedings are necessarily often in close proximity to each other; and

WHEREAS, conducting court proceedings remotely is highly effective at reducing the possibility of exposure to the virus and slowing the spread of the disease, it is hereby

ORDERED by the United States District Court for the District of Maryland that the United States Marshals Service, through its contract detention facilities to include Chesapeake Detention Facility, Correctional Treatment Facility/DC Jail, and any other contract detention facility housing inmates from this District, shall immediately provide for a means to allow detained defendants to remotely participate in court proceedings from such detention facilities through audio and/or video connection to courthouses in the District of Maryland; and it is further

ORDERED that this Order shall be vacated or amended as circumstances warrant.

Date: March 23, 2020            /s/ JAMES K. BREDAR
                                                             James K. Bredar, Chief Judge
                                                             United States District Court