# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| COVID-19 PANDEMIC PROCEDURES | * | MISC. NO. 20-146 |
| | * | |

*****

## ORDER

This Court entered COVID-19 Pandemic Procedures Order, ECF No. 5, requiring the United States Marshals Service to conduct observational health screening to help determine if any courthouse visitors are exhibiting symptoms of COVID-19, such as fever, significant cough, shortness of breath, or other indicators of respiratory illness, before such persons are permitted to enter the courthouse. The United States Marshals Service has raised troubling concerns regarding the administration of fever screening by Deputy United States Marshals. However, no other solutions have been proposed to administer this seemingly essential function. Accordingly, to give Executive Branch agencies additional time to further consider and craft a solution to this problem, it is hereby

ORDERED by the United States District Court for the District of Maryland that to the extent this Court's Order, ECF No. 5, requires the United States Marshals Service to screen courthouse visitors for fever, that requirement is temporarily SUSPENDED; and it is further

ORDERED that the United States Marshal for the District of Maryland shall provide the Court with a status report on March 24, 2020, before 5:30 p.m., proposing how they and/or other agencies in the Executive Branch will provide health screening, to include fever screening, going forward.


Date: March 23, 2020                    /s/ JAMES K. BREDAR
                                                                          James K. Bredar, Chief Judge
                                                                          United States District Court