IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| COVID-19 PANDEMIC PROCEDURES | * | MISC. NO. 20-146 |
| | * | |

*****

**ORDER**

The disruption to Court operations caused by the Novel Coronavirus (COVID-19) may cause a disruption to timely payments and place a financial burden on Criminal Justice Act (CJA) Panel Attorneys, their staff and their service providers. In order to mitigate the financial hardship of delayed payments, and to ensure the continued high quality of criminal representation by CJA Panel Attorneys, counsel providing representation under the CJA may submit interim vouchers for payment of fees and expenses for both attorneys and their service providers in any case, without the necessity of filing a Motion for an Order Allowing Interim Payments. The initial voucher may be submitted for services rendered to date. Subsequent interim vouchers totaling no more than $25,000 in compensation may be submitted at intervals of four months subsequent to the date of the previously submitted interim voucher. Within 45 days of the conclusion of the representation, counsel should submit a final voucher, without regard to the amount of the claim or the date of any previously submitted voucher. The submission of an interim voucher is not required but is intended to alleviate the anticipated hardship on counsel of undertaking representation for an extended period of time without compensation and to expedite the processing, review and payment of CJA vouchers. The Court reserves the right to delay or withhold payment on any interim voucher.

The Court DIRECTS the Clerk to send a copy of this Order to all members of the CJA Panel.

SO ORDERED:

Date: March 25, 2020                             /s/ JAMES K. BREDAR
                                                 James K. Bredar, Chief Judge
                                                 United States District Court