# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| COVID-19 PANDEMIC PROCEDURES | * | MISC. NO. 20-146 |
| | * | |

*****

## ORDER

WHEREAS, the Governor of the State of Maryland has declared a state of emergency in response to the spread of the novel coronavirus known as COVID-19; and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus and slow the spread of the disease, it is hereby

ORDERED by the United States District Court for the District of Maryland that any requirement that personnel in the United States Marshals Service assigned to the District of Maryland effect personal service of process under Federal Rule of Civil Procedure 4(c)(3), 28 U.S.C. § 1915(d), or 28 U.S.C. § 1916, for any cases pending in this District or any other district, is SUSPENDED until further Order of the Court; and it is further

ORDERED that this Order does not apply to service of process by mail, waivers of service under Federal Rule of Civil Procedure 4(d), or service by electronic means, unless otherwise ordered by the Court upon notification by the United States Marshals Service that effecting service of process by mail or electronic means as may be authorized by the Maryland Rules of Civil Procedure, or any equivalent rule of civil procedure applicable to cases pending in any other district where United States Marshals Service personnel assigned to the District of Maryland have been ordered to effect personal service, would interfere with other critical functions they are performing in connection with responding to the COVID-19 Pandemic; and it is further

ORDERED that, in any civil case in which the United States Marshals Service has been ordered to serve process, the time for service under Federal Rule of Civil Procedure 4(m) is TOLLED until further Order of the Court.

Date: March 25, 2020                                        /s/ JAMES K. BREDAR
                                                            James K. Bredar, Chief Judge
                                                            United States District Court