# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| COVID-19 PANDEMIC PROCEDURES | * | MISC. NO. 20-146 |
| | * | |

*****

## ORDER

WHEREAS, the Governor of the State of Maryland has declared a state of emergency in response to the spread of the novel coronavirus known as COVID-19; and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus and slow the spread of the disease; and

WHEREAS, the Court's requirement of providing paper courtesy copies of any filings totaling fifteen (15) pages or more to the Clerk's Office for the presiding judge may increase risk of transmission of the virus, it is hereby

ORDERED by the United States District Court for the District of Maryland that, effective immediately, the requirement to deliver paper courtesy copies to the Clerk's Office is temporarily SUSPENDED, unless otherwise ordered by a presiding judge in a particular case after the date of this Order; and it is further

ORDERED that nothing in this Order shall modify the requirement to produce paper copies of such filed documents, which shall be delivered to the Clerk's Office after the terms of this Order are lifted, unless otherwise ordered by the presiding judge in a particular case. If a case is closed, or a motion is ruled upon, prior to the lifting of this Order, paper copies of documents filed in that case, or supporting or opposing that motion, need not be delivered.

Date: March 27, 2020                          /s/ JAMES K. BREDAR
                                                                               James K. Bredar, Chief Judge
                                                                               United States District Court