**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| COVID-19 PANDEMIC PROCEDURES | * | MISC. NO. 20-146 |
| | * | |

\*\*\*\*\*

## ORDER

WHEREAS, the Governor of the State of Maryland has declared a state of emergency in response to the spread of the novel coronavirus known as COVID-19; and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus and slow the spread of the disease; and

WHEREAS, in order to reduce the possibility of exposure to the virus, the Court has expanded the use of remote proceedings conducted through audio and/or video connection to the courthouses, it is hereby

ORDERED by the United States District Court for the District of Maryland that the provisions of Local Rule 506.1, prohibiting the recording or transmitting of court proceedings, are extended to include any court proceeding conducted by remote audio or video conferencing; and it is further

ORDERED that no person or device, other than official court reporters and official electronic recorders employed by the Clerk's Office, may record any court proceeding without the express permission of the Chief Judge.

Date: March 27, 2020

   /s/ JAMES K. BREDAR
James K. Bredar, Chief Judge
United States District Court