IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| COVID-19 PANDEMIC PROCEDURES | * | MISC. NO. 20-146 |
| | * | |
| ***** | | |

## ORDER

WHEREAS, there are approximately 231 persons who have been ordered detained by judges of this Court who are currently housed by the United States Marshal inside the Central Detention Facility and the Central Treatment Facility within the District of Columbia Department of Corrections (colloquially known as the "D.C. Jail"); and

WHEREAS, some of these detainees have been diagnosed with the COVID-19 virus and many others are being held in quarantine because of their likely exposure to persons who have tested positive for the virus; and

WHEREAS, the United States Marshal must be made aware of the COVID-19 medical status of these Maryland detainees in order to maintain effective custody, it is

ORDERED by the United States District Court for the District of Maryland that, effective immediately, the District of Columbia Department of Corrections is DIRECTED to submit to the U.S. Marshal for the District of Maryland a daily report as to the COVID-19 medical status of all Maryland detainees housed within the D.C. Jail, to include:

(1) A daily listing of all pertinent information regarding Maryland detainees who have been tested for COVID-19, including, but not limited to, first name, last name, USMS identification number, age, date of birth, DCDC identification number, contact investigation onset date, all COVID-19 test dates, all COVID-19 test result dates, the result of each COVID-19 test, and the date of discharge from isolation or date of recovery; and

(2) A daily listing of all Maryland detainees in quarantine status, to include first name, last name, USMS identification number, age, date of birth, and DCDC identification number; and it is further

ORDERED that the U.S. Marshal shall provide a copy of each report to the Court; and it is further

ORDERED that this Order shall be vacated or amended as circumstances warrant.

Date:  May 20, 2020 /s/ JAMES K. BREDAR
James K. Bredar, Chief Judge
United States District Court